IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| BERNARD RAY RICHARDSON, ) | | |
|     Plaintiff, ) | Civil Action No. 7:15cv00488 | |
| ) | | |
| v. ) | | |
| ) | By: Elizabeth K. Dillon | |
| B.J. RAVIZEE, *et al.*, ) | United States District Judge | |
|     Defendants. ) | | |

**FINAL ORDER**

In accordance with the memorandum opinion entered this day, it is hereby ORDERED that Richardson's motion to amend (Docket No. 3) is GRANTED, this action is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), and the case is STRICKEN from the active docket of the court.

The Clerk shall provide a copy of this order and the memorandum opinion to plaintiff.

Entered: October 13, 2015.

*Elizabeth K. Dillon*
United States District Judge